# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

| | |
|---|---|
| IN RE: | Case No.: 17-30216 |
| Debtors: Phuong Trang Nguyen | Loan Number (Last 4): 3022 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Towd Point Mortgage Trust 2017-4, U.S. Bank National Association, as Indenture Trustee | Wells Fargo Bank, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | Default Document Processing |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 7 |
| Salt Lake City, UT 84115 | Amount of Claim: $408,983.38 |
| | Date Claim Filed: 05/08/2017 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 8864 |
| Last Four Digits of Acct #: 3022 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 3022

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Kiana Tebbs | Date: | 09/06/2017 |
| | BK Specialist | | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

478824-7e2acb1b-6544-42b3-9352-9fff9485e0fb