MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net

Attorneys for Janina Hoskins
        Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

In Re:

PHUONG TRANG NGUYEN

        Debtor
_____/

Case No. 17-30216

Chapter 7

Date: June 8, 2018
Time: 10:00 am
Ctrm: Hon Dennis Montali
450 Golden Gate Avene, 16th Floor
San Francisco

DECLARATION OF MICHAEL FALLON IN SUPPORT OF
SECOND MOTION TO COMPEL DEBTOR
TO PROVIDE ACCESS TO PROPERTY AND
TO COOPERATE IN THE SALE THEREOF

I, Michael Fallon, declare that I am the attorney for chapter 7 trustee Janina Hoskins, that I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would competently testify hereto.

At the hearing on the trustee's first motion to compel the Debtor's cooperation I spent a considerable amount of time explaining to the Debtor that if the building did not sell Wells Fargo would foreclose and thereby foreclose out the SBA junior deeds of trust changing the character of the SBA loan from secured to unsecured. I told her that if that should happen the trustee would be forced to sell her other two properties; the Debtor told me she understood. The Debtor

1

may have, for the moment at least, understood, but her actions have told a different story.

The estate's realtor Mark Benson has shown the property numerous times. The parties that expressed the most interest in the building were dental practitioners who were only interested in the building if the sale included the dental equipment and the debtor's dental practice. On at least six or seven occasions, perhaps more, starting in December of 2017, Mark Benson reached out to the Debtor to ask if she had an interest in the practice. When the Debtor did not respond I wrote to the Debtor to ask that contact Mark Benson. My efforts th e contact the Debtor are attached hereto. The last effort was on May 17, 2018, where in I wrote:

> Dear Dr. Nguyen:
>
> The attached motion was prepared and will soon be filed in response to your unwillingness to communicate with me and with Mark Benson. I have sent the motion to you before I file it in a final effort to get you to realize that your lack of communication will likely result in the loss of at least one of your properties and perhaps both.
>
> I have told you on numerous occasions that if the commercial building is not sold, Wells Fargo Bank will foreclose and thereby foreclose out the junior deeds of trust held by the SBA. The SBA will then hold two unsecured claims totaling something near $800,000, claims that will be paid from the sale of your other properties. I expect that when Wells Fargo sees the attached motion it will immediately move for relief from stay, the trustee will abandon the commercial building to avoid capital gains tax to the estate, the motion will be granted and the property foreclosed. The trustee will sell your other properties to pay the nearly $900,000 in claims and you will be faced with paying the capital gains tax on the foreclosed property all because you have not communicated with Mark Benson and myself.
>
> I will hold the motion until noon. If you do not call me by noon the motion will be filed.

The Debtor did not respond to this email just as she did not respond to any of my

2

other emails to her.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on May 17, 2018, at Santa Rosa, California.


/s/ *Michael C. Fallon*
_____
Michael C. Fallon
Attorney for Janina Hoskins.

# Michael Fallon

**From:** Michael Fallon
**Sent:** Wednesday, January 17, 2018 10:43 AM
**To:** 'Phuong Nguyen'
**Subject:** Sale of Commercial Building

Dear Dr. Nguyen,

I am told that Mark Benson has not had a response from you concerning the sale of the dental practice and/or the dent him at your first opportunity as we are running out of time. If you intend to retain the practice and/or the equipment tl

Thank you.

Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775

**Michael Fallon**

**From:** Michael Fallon
**Sent:** Wednesday, February 07, 2018 2:25 PM
**To:** 'Phuong Nguyen'
**Subject:** Sale of Commercial Building

Dear Dr. Nguyen:

You have not responded to my request, or the request of Mark Benson, for information concerning the potential sale c effort to the sell building such that the trustee must consider abandoning the building. If the property is abandoned th 609 Cambridge Street I urge you to let us know immediately if you are willing to sell the dental equipment.

Thank you.

Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775

**Michael Fallon**

**From:** Michael Fallon
**Sent:** Thursday, February 08, 2018 11:23 AM
**To:** 'Phuong Nguyen'
**Subject:** Proeprty Insurance

Dear Dr. Nguyen,

We have received word that you allowed the insurance on the commercial building to lapse even after being notified l even worse, your failure to notify the trustee of its cancellation is unacceptable.

The trustee must now consider selling 609 Cambridge. Please provide to me a schedule of rents received, an account the property is current. You must acknowledge receipt of this email by the end of today with a date certain as to whei

Your attention is appreciated.


Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775

# Michael Fallon

**From:** Michael Fallon
**Sent:** Saturday, February 10, 2018 8:25 AM
**To:** 'Phuong Nguyen'
**Subject:** RE: Proeprty Insurance

Dear Dr. Nguyen,

The trustee has paid the insurance premium.

Now that I know you are receiving my emails, I must have an answer to my numerous efforts, and those of Mark Ben Please get back to Mark Benson today with your answer.

I spent far too much outside the courtroom explaining to you the importance of getting the commercial building sold; emphasize why it is critical that the commercial building be sold.

There are three deeds of trust on the property, a senior deed of trust held by Wells Fargo, and two junior deeds of trus the building, all three deeds of trust will be paid.

If the trustee cannot sell the building, Wells Fargo Bank will foreclose and the two SBA loans will become "sold out" $100,000 in unsecured claims filed in your case will balloon to nearly $800,000. If that should happen the trustee is ( trustee will sell 937 Farrier Place. It goes without saying, although I have said it multiple times, it is critical that you to foreclosure, you will in all probability lose everything.

Michael Fallon

---

**From:** Phuong Nguyen [mailto:drnguyen92@sbcglobal.net]
**Sent:** Friday, February 09, 2018 3:34 PM
**To:** Michael Fallon
**Cc:** AAL, Mains & Bloom
**Subject:** Re: Proeprty Insurance

Dear Mr. Fallon,

Farmers Insurance has skyrocketed their premium for the past 10 years. I didn't intend to renew with them. I was goin the Permit of Occupancy which was given 10 years ago. I had a hard time to find that information for the agent.

Furthermore, I had a back pain injury out of no where for that last 3 weeks. That set me back further in obtaining the earning incomes. I wouldn't want to do anything to jeopardize it as you know I have been faithful to pay insurance an forbade Ms. Deborah to take my monthly payments and shut me out totally. I pray that you and the trustee to respect

Attached is the Proof of Insurance for your review. Please be advise that I have been working diligently to solve the

## Michael Fallon

**From:** Michael Fallon
**Sent:** Monday, April 30, 2018 3:47 PM
**To:** 'Phuong Nguyen'
**Subject:** Sale of Commercial Building

Dear Dr. Nguyen,

The only people who have expressed an interest in the commercial building are people who are also interested in th Mark Benson's seven inquiries as to your willingness to sell has made it difficult to get the commercial property sold creditors in full. In fact, she may not be able to sell the property at all.

If the property cannot be sold at a price that will pay the secured claims in full, all claims of administration and mear Wells Fargo will foreclose leaving the claims of the SBA unsecured. The trustee will then market 609 Cambridge Stre

I don't know if at this late date it makes any difference if you agree to include the equipment in a sale of the comme

Michael Fallon


Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775

**Michael Fallon**

**From:** Michael Fallon
**Sent:** Tuesday, May 08, 2018 10:59 AM
**To:** 'Phuong Nguyen'
**Subject:** Sale of Property

Dear Dr. Nguyen,

Another week has gone by and still no response to my emails. I am writing to advise you that if you do not contact M trustee will file a motion to compel your cooperation.

Thank you.

Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775

**Michael Fallon**
_____

**From:** Michael Fallon
**Sent:** Thursday, May 17, 2018 8:41 AM
**To:** 'Phuong Nguyen'
**Subject:** Sale of Property
**Attachments:** Motion Compel 2.pdf

Dear Dr. Nguyen:

The attached motion was prepared and will soon be filed in response to your unwillingness to communicate w lack of communication will likely result in the loss of at least one of your properties and perhaps both.

I have told you on numerous occasions that if the commercial building is not sold, Wells Fargo Bank will fore totaling something near $800,000, claims that will be paid from the sale of your other properties. I expect that when commercial building to avoid capital gains tax to the estate, the motion will be granted and the property foreclosed. T capital gains tax on the foreclosed property all because you have not communicated with Mark Benson and myself.

I will hold the motion until noon. If you do not call me by noon the motion will be filed.


Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775